

# NUMBER 13-25-00408-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE LESLIE WERNER

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca
Memorandum Opinion by Chief Justice Tijerina[1]**

Relator Leslie Werner has filed a petition for writ of mandamus through which she asserts that "the trial court clerk's failure to enter and provide timely notice of an appealable order [denied] Werner [an] adequate opportunity to appeal the order implicitly denying her motion for a thirty-day extension to cure her healthcare liability expert report." *See* TEX. CIV. PRAC. & REM. CODE ANN. § 74.351; *see also id.* § 51.014(a)(9). Werner

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

previously filed an interlocutory appeal from this same case which we dismissed on grounds that the appeal was not timely perfected. *See Werner v. Followwill*, No. 13-25-00279-CV, 2025 WL 2166599, at *1 (Tex. App.—Corpus Christi–Edinburg July 31, 2025, no pet. h.) (mem. op.).

"Mandamus relief is an extraordinary remedy available only on a showing that (1) the trial court clearly abused its discretion and (2) the party seeking relief lacks an adequate remedy on appeal." *In re Ill. Nat'l Ins.*, 685 S.W.3d 826, 834 (Tex. 2024) (orig. proceeding); *see In re Liberty Cnty. Mut. Ins.*, 679 S.W.3d 170, 174 (Tex. 2023) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker*, 827 S.W.2d at 840.

The Court, having examined and fully considered the petition for writ of mandamus, the record, and the applicable law, is of the opinion that Werner has not met her burden to obtain mandamus relief. Accordingly, we deny the petition for writ of mandamus.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
19th day of August, 2025.